DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUIS DEL NODAL, JR.,**
Appellant,

v.

**FLORIDA DEPARTMENT OF TRANSPORTATION,**
Appellee.

No. 4D2023-2503

[April 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE-22-004552.

Luis Del Nodal, Jr., Fort Lauderdale, pro se.

Christopher J. Whitelock of Whitelock & Associates, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***